IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARTER HR, INC. and         )
CHARTER HR BENEFIT           )
SOLUTIONS, INC.,             )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )    2:13cv466-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
     Defendant.              )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 13), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Charter HR Benefit Solutions, Inc. and its claims are dismissed without prejudice. Plaintiff Charter HR Benefit Solutions, Inc. is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 12th day of July, 2013.**

                                /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**